FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2025-3284
_____

SUSAN JENNINGS,

Appellant,

v.

JOSE ERIC ARENAS FREDES,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Anthony Miller, Judge.

June 26, 2026

PER CURIAM.

AFFIRMED.

LEWIS, ROWE, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Susan Jennings, pro se, Appellant.

Trudy E. Innes Richardson of Trudy Innes Richardson PLLC, Tallahassee, for Appellee.